1

2

Jacob M. Weisberg, SBN 049065
THE LAW OFFICE OF JACOB M. WEISBERG

3

844 N. Van Ness Avenue
Fresno, CA  93728

4

Telephone: (559) 441-0201
Facsimile: (559) 442-3164

5

6

Mitchel Zager SBN103992
Attorney at Law

7

5580 La Jolla Blvd. #83
La Jolla, California

8

Telephone:  (858) 456-9471
Facsimile:  (858) 456-9471

9

UNITED STATED DISTRICT COURT

10

EASTERN DISTRICT OF CALIFORNIA

11

12

| KIMBERLY ROSE, A SURVIVING HEIR OF BRYAN RICHARD ROSE, DECEASED | CASE NO.:  1:07-CV-00216-AWI-DLB |
|---|---|

13

Plaintiff,

STIPULATION AND ORDER CONTINUING
DEFENDANTS' FRCP 12(b)(6) MOTION

14

15

v.

Hearing:  June 11, 2007
Time:    1:30 p.m.

16

STATE OF CALIFORNIA; CALIFORNIA
HIGHWAY PATROL; MICHAEL BROWN,

Courtroom: 2
Judge:    The Honorable Anthony W. Ishii

17

COMMISSIONER OF THE CALIFORNIA
HIGHWAY PATROL; DARREN LONG,

18

OFFICER OF THE CALIFORNIA HIGHWAY
PATROL and DOES 1 - 75, Inclusive,

19

Defendants.

20

21

IT IS STIPULATED between the parties hereto through their respective counsel that the

22

Defendant's FRCP 12(b)(6) Motion currently set for June 11, 2007 be continued to August 6, 2007 at

23

1:30 p.m. before the Honorable Anthony W. Ishii.

24

25

Dated:    May 22, 2007        LAW OFFICE OF JACOB M. WEISBERG

26

/s/ Jacob M. Weisberg

27

Jacob M. Weisberg, Attorney for Plaintiff
Kimberly Rose

28

-1-
07cv0216.o.Stipulation and Order to cont 12 (B) (6) motion.wpd

1

2

3      Dated:  May 22, 2007          EDMUND G. BROWN JR.
                                     Attorney General of the State of California
4                                    ALBERTO L. GONZALEZ
                                     Supervising Deputy Attorney General
5

6                                    /s/ James C. Phillips_____

7                                    JAMES C. PHILLIPS

8                                    Deputy Attorney General

9                                    Attorneys for Defendants

10

11

12

13                                   **ORDER**

14    IT IS SO ORDERED.

15

16    **Dated:    May 25, 2007**                  **/s/ Anthony W. Ishii**

17                                     UNITED STATES DISTRICT JUDGE

18

19

20

21

22

23

24

25

26

27

28

07cv0216.o.Stipulation and Order to cont 12 (B) (6) motion.wpd