Jacob M. Weisberg, SBN 049065
THE LAW OFFICE OF JACOB M. WEISBERG
844 N. Van Ness Avenue
Fresno, CA  93728
Telephone: (559) 441-0201
Facsimile: (559) 442-3164

Mitchel Zager SBN103992
Attorney at Law
5580 La Jolla Blvd. #83
La Jolla, California
Telephone:  (858) 456-9471
Facsimile:  (858) 456-9471

UNITED STATED DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMBERLY ROSE, A SURVIVING HEIR OF BRYAN RICHARD ROSE, DECEASED<br><br>Plaintiff,<br><br>v.<br><br>STATE OF CALIFORNIA; CALIFORNIA HIGHWAY PATROL; MICHAEL BROWN, COMMISSIONER OF THE CALIFORNIA HIGHWAY PATROL; DARREN LONG, OFFICER OF THE CALIFORNIA HIGHWAY PATROL and DOES 1 - 75, Inclusive,<br><br>Defendants. | CASE NO.:  1:07-CV-00216-AWI-DLB<br><br>STIPULATION AND ORDER PLAINTIFF TO FILE HER FIRST AMENDED COMPLAINT AND TAKING DEFENDANTS' FRCP 12(b)(6) MOTION OFF CALENDER<br><br>ORDER DENYING MOTION AS MOOT<br><br><br>Hearing:  August 6, 2007<br>Time:     1:30 p.m.<br>Courtroom: 2<br>Judge:    The Honorable Anthony W. Ishii |

IT IS STIPULATED between the parties hereto through their respective counsel that the Plaintiff be allowed to file her First Amended Complaint within 10 days of the approval of this order by the Court.  Defendants shall have 30 days after filing of the First Amended Complaint to file an answer or other responsive pleading.  Defendant's FRCP 12(b)(6) Motion currently set for August 6, 2007 at 1:30 p.m. before the Honorable Anthony W. Ishii shall be taken off calendar, without prejudice.

///

| | | |
|---|---|---|
| Dated: July 17, 2007 | | LAW OFFICE OF JACOB M. WEISBERG |

/s/ Jacob M. Weisberg

Jacob M. Weisberg, Attorney for Plaintiff

Kimberly Rose

Dated: July 17, 2007    EDMUND G. BROWN JR.

Attorney General of the State of California

ALBERTO L. GONZALEZ

Supervising Deputy Attorney General

/s/ James C. Phillips

JAMES C. PHILLIPS

Deputy Attorney General

Attorneys for Defendants

**ORDER**

Good cause appearing, the hearing set for August 6, 2007 is VACATED.   Defendants' motion to dismiss is DENIED as moot.

IT IS SO ORDERED.

**Dated:   July 20, 2007**            /s/ Anthony W. Ishii

UNITED STATES DISTRICT JUDGE

-2-

07cv0216.stip.withdraw motion.wpd