1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **KIMBERLY ROSE, A SURVIVING HEIR OF BRYAN RICHARD ROSE, DECEASED,** )<br>)<br>) | **CV F 07-0216   AWI DLB** |
| ) | **ORDER GRANTING** |
| **Plaintiff,** ) | **STIPULATED REQUEST FOR** |
| ) | **DISMISSAL AND CLOSING** |
| **v.** ) | **CASE** |
| ) | |
| **STATE OF CALIFORNIA;** ) | |
| **CALIFORNIA HIGHWAY PATROL;** ) | |
| **MICHAEL BROWN, COMMISSIONER** ) | |
| **OF THE CALIFORNIA HIGHWAY** ) | **Document # 17** |
| **PATROL; DARREN LONG,** ) | |
| **CALIFORNIA HIGHWAY PATROL** ) | |
| **OFFICER; and DOES 1-75, Inclusive,** ) | |
| ) | |
| **Defendant**s. ) | |
| _____) | |

On August 28 2007, the parties submitted a stipulation requesting the dismissal of this case without prejudice pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure. Based on the representations of the parties as set forth in the stipulation, and good cause appearing, the court hereby grants the parities' request.


THEREFORE, it is hereby ORDERED that:

1.     The First Amended Complaint is DISMISSED in its entirety as to all defendants

without prejudice;

2.     Each party shall bear their own costs;

**5.**    The Clerk of the Court shall CLOSE the case.


IT IS SO ORDERED.

**Dated:**    **August 28, 2007**                    _____/s/ Anthony W. Ishii_____
                                                    UNITED STATES DISTRICT JUDGE

2